### POWERS v. STATE.
No. 23760.

Court of Criminal Appeals of Texas.
June 18, 1947.

No appearance for appellant.
Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was tried upon an indictment charging robbery together with two prior convictions for similar offenses and upon a jury's verdict was sentenced to the penitentiary for life.

The allegations are regular and are fully supported by the statement of facts. Appellant offered no evidence in the case. He brings forward no bills of exception, and no brief or argument are made in his behalf.

We find no error and the judgment of conviction is affirmed.